# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 241 |
| | : | |
| ACCREDITATION OF THE | : | DISCIPLINARY RULES DOCKET |
| NATIONAL BOARD OF TRIAL | : | |
| ADVOCACY AS A CERTIFYING | : | |
| ORGANIZATION FOR TRUCK | : | |
| ACCIDENT LAW | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Board of Trial Advocacy is hereby accredited as a certifying organization for truck accident law for a period of five years, commencing February 1, 2024.

    Justice McCaffery did not participate in the consideration or decision of this matter.